# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| ALTON A. GREENOUGH, JR. and | ) | Case No. 20-30126-mpg |
| MARK A. HORTON, | ) | |
| | ) | Adversary No. 24-03020-mpg |
| Debtors. | ) | |
| | ) | |
| ROBERT E. EGGMANN, | ) | |
| Solely in his Capacity as Chapter 7 Trustee | ) | |
| for Alton A. Greenough, Jr. and | ) | |
| Mark A. Horton, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSAL FUNDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER AND JUDGMENT

Plaintiff Robert E. Eggmann ("Plaintiff" or "Trustee"), chapter 7 trustee in bankruptcy for Alton A. Greenough, Jr. and Mark A. Horton (collectively, the "Debtors"), commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing *Trustee's Complaint: (1) to Determine the Validity, Priority, and Extent of an Alleged Lien or Other Interest; and (2) for Declaratory Judgment* [ECF No. 1] (the "Complaint") against Defendant Universal Funds, Inc. ("Defendant") on August 26, 2024.

The Adversary Proceeding is currently pending before this Court. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, as this proceeding arises in or relates to a case under title 11 presently pending before the United States Bankruptcy Court for the Southern District of Illinois (this "Court"). This cause of action constitutes a "core

proceeding" within the meaning of 28 U.S.C. §157(b)(2)(K) and (O). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The Complaint brings a civil action based upon 11 U.S.C. § 506, seeking a determination of this Court that Defendant does not hold a valid lien or other interest in a certain personal injury claim and pending cause of action, as well as for declaratory relief pursuant to 28 U.S.C. § 2201(a). Defendant voluntarily consents to the entry of this Consent Order and Judgment (this "Judgment").

The Court finds and concludes that the alleged lien asserted by Defendant against the proceeds recovered or to be recovered in connection with a lawsuit currently pending before the Circuit Court of Madison County, Illinois in the case styled *Alton A. Greenough, Jr. v. Gubin Gordon, et al.*, Case No. 2017L001342, asserting a personal injury claim on behalf of Debtor Greenough (the "Cause of Action"), is invalid.

**IT IS HEREBY ORDERED** that, by consent, judgment is entered in favor of Plaintiff and against Defendant on the Complaint.

**IT IS FURTHER ORDERED** that, by consent, Defendant Universal Funds, Inc. shall release its alleged lien against the Cause of Action and its proceeds.

**IT IS FURTHER ORDERED** that, by consent, Defendant Universal Funds, Inc. shall release any and all alleged debt owed under the terms of a certain Purchase and Assignment Agreement executed by Debtor Greenough on or about March 9, 2018.

**IT IS FURTHER ORDERED** that, by consent, Trustee may distribute any future proceeds received in connection with the Cause of Action, free from any lien, assignment, or equitable interest of Defendant Universal Funds, Inc.

**IT IS FURTHER ORDERED** that Defendant Universal Funds, Inc. shall take no action to collect its alleged debt outside of these bankruptcy proceedings.

**IT IS FURTHER ORDERED** that Defendant shall not be entitled to file a proof of claim in Debtors' bankruptcy case, and any claims filed are disallowed.

**IT IS FURTHER ORDERED** that, by consent, this Judgment shall be entered in full satisfaction of all claims raised by Plaintiff against Defendant in the Complaint. Each party shall be responsible for their own respective attorney's fees in this matter.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall serve a copy of this Order by mail to all interested parties who were not served electronically.

**Agreed to by:**

PLAINTIFF ROBERT E. EGGMANN, TRUSTEE

By: /s/ Robert E. Eggmann
Robert E. Eggmann, Illinois Bar # 6203021
Becky R. Eggmann, Illinois Bar # 6203020
CARMODY MACDONALD P.C.
120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
Fax No. (314) 854-8660
ree@carmodymacdonald.com
bre@carmodymacdonald.com


DEFENDANT UNIVERSAL FUNDS, INC.

By: /s/ Richard N. Chakejian, Jr.
Name: Richard N. Chakejian, Jr.
Title: President


**ENTERED:** October 21, 2024         /s/ Mary P. Gorman
                                      HONORABLE MARY P. GORMAN,
                                      UNITED STATES BANKRUPTCY JUDGE